**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 24, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 07-cv-01024-RPM

DAVID A. SCARBEARY,                                                John A. Culver

     Plaintiff,

v.

ADVANCED LEARNING CENTERS, INC., a Wyoming corporation,   Emily F. Keimig

     Defendant.

_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**1:58 p.m.      Court in session.**

Plaintiff and defendant's client representative Margaret Lush present.

Court's preliminary remarks and states its understanding of case facts and claim.

2:03 p.m.      Argument by Ms. Keimig.

**ORDERED:   Motion to Dismiss Complaint, filed June 21, 2007 [5], is denied.
            Scheduling Conference set August 31, 2007 at 11:00 a.m.**

**2:08 p.m.      Court in recess.**

Hearing concluded.  Total time: 10 min.