IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01024-RPM

DAVID A. SCARBEARY,

    Plaintiff,

v.

ADVANCED LEARNING CENTERS, INC., a Wyoming corporation,

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION TO
AMEND COMPLAINT AND JURY DEMAND
_____

    The Court having reviewed Plaintiff's Unopposed Motion for Permission to Amend Complaint and Jury Demand, filed July 26, 2007 [12], it is

    ORDERED that the motion is granted and the First Amended Complaint attached is accepted and filed as of today's date.

    Dated: July 26th, 2007

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge