IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01024-RPM-CBS

DAVID A. SCARBEARY,

    Plaintiff,

v.

ADVANCED LEARNING CENTERS, INC., a Wyoming corporation,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS COURT, being duly advised in the premises, states and orders as follows:

1. The parties filed a Stipulation for Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1) on January 4, 2008, each party to bear its own costs and attorney fees.

2. Therefore, this Court hereby Orders that the case be DISMISSED with prejudice and all scheduled hearings and deadlines in this matter are VACATED.

DATED this 7th day of January, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Judge